**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7163**

———————

ISAIAH T. FEASTER,

                                        Petitioner - Appellant,

        versus

EARL BESHEARS, Warden,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Herbert N. Maletz, Senior Judge, sitting
by designation.  (CA-95-2897-HNM)

———————

Submitted:  January 31, 2000          Decided:  March 7, 2000

———————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Isaiah T. Feaster, Appellant Pro Se.  Ann Norman Bosse, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Isaiah T. Feaster appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999)).  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Feaster v. Beshears, No. CA-95-2897-HNM (D. Md. July 22, 1999).  Feaster's motion for default judgment is denied.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2